IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARC J. THOMPSON,

        Petitioner,

                                CIVIL ACTION
   vs.                           No. 12-3016-SAC

DAVID McKUNE, et al.,

        Respondents.


MEMORANDUM AND ORDER

    This matter is before the court on a petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 by a prisoner in state custody. Petitioner proceeds pro se and seeks leave to proceed in forma pauperis.

    Having examined the petitioner's motion to proceed in forma pauperis, the court notes that the financial statement provided by the petitioner is dated September 10, 2009, more than two years before this matter was filed by the petitioner. The court will direct petitioner to supplement the motion with a current financial statement.

    IT IS, THEREFORE, BY THE COURT ORDERED petitioner is granted to and including February 16, 2012, to supplement the record as directed.

A copy of this order shall be transmitted to the petitioner.

**IT IS SO ORDERED.**

DATED: This 27th day of January, 2012, at Topeka, Kansas.

                S/ Sam A. Crow
                SAM A. CROW
                U.S. Senior District Judge